UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 10 1998

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LEONARD CONNOR, ET AL, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. G-97-359 |
| NGC CORPORATION AND | § | |
| BILL TRAYLOR, | § | |
| Defendants. | § | |

# ORDER

On this day, came on to be considered the First Amended Joint Motion for Disbursement of Funds in the above-entitled and numbered cause. After considering the pleadings and arguments of counsel, this Court is of the opinion that such motion should be granted.

**IT IS THEREFORE ORDERED** that the First Amended Joint Motion for Disbursement of Funds is hereby in all things granted. It is further

**ORDERED** that Margaret Janett Thompson, 305 West Baker Road, #1204, Baytown, Texas 77521, will receive 40% of the balance in the Micheal J. Thompson NGC Corporation Profit Sharing/401(k) Savings Plan, including principal and accrued interest; that Margaret Janett Thompson will receive as Custodian for the benefit of Christopher Rashard Thompson, 305 West Baker Road, #1204, Baytown, Texas 77521, 30% of the balance in the Micheal J. Thompson NGC Corporation Profit Sharing/401(k) Savings Plan, including principal and accrued interest; and that Edweina Mosley Thompson, 619 Ironwood Drive, Richmond, Texas 77469, will receive the remaining 30% of the balance in the Micheal J. Thompson NGC Corporation Profit Sharing/401(k) Savings Plan, including principal and accrued interest.

It is further **ORDERED** that such distribution shall be made within 10 business days of the date of this Order.

It is further **ORDERED** that NGC Corporation's Original Complaint for Interpleader against Third Party Defendants, Margaret Janett Thompson, Christopher Rashard Thompson and Edweina Mosley Thompson is hereby dismissed without prejudice.

It is further **ORDERED** that all other relief requested by Defendant NGC Corporation in its Original Complaint for Interpleader unless expressly granted herein is denied.

It is further **ORDERED** that each party to the First Amended Joint Motion for Disbursement of Funds is to bear its own attorney's fees and costs of Court.

SIGNED this ___9th___ day of ___Nov.___, 19__98__.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

*[signature]*

MARTIN A. SHELLIST
STATE BAR# 00786487
3 Post Oak Central
1990 Post Oak Blvd., Suite 910
Houston, Texas 77056
Tel: (713) 621-2277
Fax: (713) 621-0993

ATTORNEY FOR
MARGARET J. THOMPSON, individually
and as next friend of
CHRISTOPHER R. THOMPSON, a minor

*[signature]*

JULIANN H. PANAGOS
STATE BAR # 06861100
1415 Louisiana, Suite 4200
Houston, Texas 77002
Tel: (713) 659-1010
Fax: (713) 659-1122

ATTORNEY FOR NGC CORPORATION

*[signature]*

EILEEN ALLAN
STATE BAR#20369350
5700 Buffalo Spdwy., Suite 560
Houston, Texas 77098
Tel: (713) 627-3320
Fax: (713) 627-3370

ATTORNEY FOR
EDWEINA M. THOMPSON